**No. 11-5243. Rodney Ray Roberts, Petitioner v. John Marshall, Warden.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 171, 2011 U.S. LEXIS 5560.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 627 F.3d 768.